# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**ERICH WOLF ET AL**                          **CASE NO.  2:22-CV-02225**

**VERSUS**                                    **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE & CASUALTY CO**      **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated above, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Partial Summary Judgment [doc. 26] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 31st day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**