UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ERICH WOLF AND** | * | **CIVIL ACTION NO.: 2:22-cv-2225** |
| **AIMEE WOLF** | * | |
| | * | **JUDGE: JAMES D. CAIN, JR.** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE:** |
| **STATE FARM FIRE AND** | * | **THOMAS LEBLANC** |
| **CASUALTY COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing:

**IT IS ORDERED, ADJUDGED, AND DECREED** that all Plaintiff's claims in the above-numbered and entitled matter are hereby dismissed, with full prejudice, each party to bear their/its own costs.

**THUS DONE AND SIGNED** in Chambers this 30th day of August, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**